In The

Court of Appeals

Ninth District of Texas at Beaumont

NO. 09-19-00241-CR
NO. 09-19-00242-CR
NO. 09-19-00243-CR

McKINZIE BOWIE, Appellant
V.

THE STATE OF TEXAS, Appellee

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause Nos. 18-05-06356-CR; 18-05-06357-CR; 18-05-06358-CR

MEMORANDUM OPINION
A grand jury indicted McKinzie Bowie for the first-degree felony offense of
aggravated robbery and the state jail felony offenses of unauthorized use of a motor
vehicle and fraudulent possession of identifying information. See Tex. Penal Code
Ann. §§ 29.03(a)(2), 31.07, 32.51. Pursuant to an open plea agreement, Bowie pled

guilty to the three offenses. The trial court sentenced him to forty years of
confinement for the aggravated robbery and one year of confinement for each of the
other offenses, to run concurrently. See id. §§ 12.32(a), 12.35(a). The trial court
certified Bowie’s right to appeal in each cause, and he timely appealed.

Bowie’s appellate counsel presented a professional evaluation of the records
in all three causes and concluded there were no meritorious issues for appeal. See
Anders v. California, 386 U.S. 738 (1967); High vy. State, 573 S.W.2d 807 (Tex.
Crim. App. [Panel Op.] 1978). Bowie did not file a pro se brief. We have
independently reviewed the records in their entirety. Based on our review of the
records, we conclude no arguable issues exist to support an appeal in these causes,
and there is no reversible error. Therefore, we find it unnecessary to appoint new
counsel to re-brief the appeals. Cf Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991).

AFFIRMED.

CHARLES KREGER
Justice

Submitted on March 25, 2020
Opinion Delivered April 15, 2020
Do Not Publish

Before Kreger, Horton and Johnson, JJ.